IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Joseph Texeira,      :
          :
    Appellant   :
          :
    v.      : No. 997 C.D. 2021
          :
Commonwealth of Pennsylvania, :
Department of Transportation  :

## ***ORDER***

    AND NOW, this 2nd day of November, 2022, it is ORDERED that the above-captioned opinion filed August 30, 2022, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

          _____
          PATRICIA A. McCULLOUGH, Judge